87BF, CLOSED, _ME

## U.S. District Court
## Western District of Oklahoma[LIVE] (Oklahoma City)
## CIVIL DOCKET FOR CASE #: 5:08-cv-00234-D
### Internal Use Only

Hurst v. Merck & Co Inc
Assigned to: Honorable Timothy D. DeGiusti
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 03/05/2008
Date Terminated: 04/04/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Rosalee Hurst**     represented by   **Duke Halley**
Halley & Talbot Law Firm
500 Colcord Dr
Oklahoma City, OK 73102
405-602-5600
Fax: 405-236-5499
Email: duke@dukehalleylaw.com
*ATTORNEY TO BE NOTICED*

**Henry A Meyer, III**
Meyer Cave PLLC
116 E Sheridan
Suite 207
Oklahoma City, OK 73104
405-702-9900
Fax: 405-605-8381
Email: hameyer@meyercave.com
*ATTORNEY TO BE NOTICED*



V.

**Defendant**

**Merck & Co Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2008 | 1 | COMPLAINT against Merck & Co Inc, filed by Rosalee Hurst. (Attachments: # 1 Civil Cover Sheet)(cjs, ) (Entered: 03/05/2008) |
| 03/05/2008 |   | (Court only) ***Attorney Duke Halley for Rosalee Hurst added. (cjs, ) |

| | | (Entered: 03/05/2008) |
|---|---|---|
| 03/05/2008 | 🌀 | Summons Issued as to Merck & Co Inc. Attorney to pick up. (cjs, ) (Entered: 03/05/2008) |
| 03/05/2008 | 🌀2 | ENTRY of Appearance by Henry A Meyer, III on behalf of Rosalee Hurst (Meyer, Henry) (Entered: 03/05/2008) |
| 03/05/2008 | 🌀3 | Receipt for Money Received from Rosalee Hurst in the amount of $350.00, receipt number 126499 regarding 1 Complaint (cjs, ) (Entered: 03/05/2008) |
| 03/14/2008 | 🌀4 | ENTRY of Appearance by Duke Halley on behalf of Rosalee Hurst (Halley, Duke) (Entered: 03/14/2008) |
| 04/04/2008 | 🌀5 | ORDER DISMISSING CASE/CONDITIONAL TRANSFER ORDER TO MDL. Signed by Jeffery N Luithi, Clerk of the Panel on 4/4/08. (cjs, ) (Entered: 04/14/2008) |
| 04/14/2008 | 🌀 | Docket Annotation: Case has been trsf to Southern Dist of New York-MDL (cjs, ) (Entered: 04/14/2008) |